**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: ) | Chapter 7 |
| ) | |
| ANDREA KLIKA, ) | Case No. 05-10707 (MFW) |
| ) | |
| Debtor. ) | |
| ) | |
| ) | Adversary Nos. 06-50605(MFW) |
| KELLY BEAUDIN STAPLETON, ) | and 06-50607 (MFW) |
| UNITED STATES TRUSTEE ) | |
| ) | Consolidated |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ANDREA KLIKA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**O R D E R**

**AND NOW**, this **16th** day of **MARCH, 2007**, upon consideration of the Motion for partial summary judgment filed by George L. Miller, chapter 7 Trustee, on his Complaint seeking denial of a discharge to the Debtor and the Debtor's response thereto and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Motion for partial summary judgment is hereby **GRANTED**; and it is further

**ORDERED** that Andrea Klika's discharge is **DENIED** pursuant to 11 U.S.C. § 727(a)(6)(A).

BY THE COURT:

*Mary F. Walrath*
Mary F. Walrath
United States Bankruptcy Judge

cc: Bradford J. Sandler, Esquire[1]

---

[1] Counsel shall serve a copy of this Opinion and Order on all interested parties, including the parties listed on the attached Service List and file a Certificate of Service to that effect.

SERVICE LIST

Andrea Klika
100 Belltown Terrace
Bear, DE 19701
Debtor

Bradford J. Sandler, Esquire
Jonathan M. Stemerman, Esquire
Adelman, Lavin, Gold and Levin
919 North Market Street, Suite 710
Wilmington, DE 19801
Counsel to the Chapter 7 Trustee

David Buchbinder, Esquire
Kelly Beaudin Stapleton, Esquire
Office of the United States Trustee
J. Caleb Bogg Federal Building
844 King Street, Lockbox 35
Room 2207
Wilmington, DE 19801
Counsel to the United States Trustee